**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 28, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00535-CV
_____

**DANIEL SCSAVNICKI, Appellant**

**V.**

**MARK HAYES, Appellee**

_____

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. 13-06-22020**

_____

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 25, 2018. On August 22, 2018, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.